November 13, 1905.

————o————

No. 3210.

(Court of Appeal, Parish of Orleans.)

ESTRATION P. SARANDOU, vs. JOHN STRATE

Appeal from Civil District Court, Division "C."

H. W. Robinson, for Plaintiff and Appellee.

R. J. Maloney, for Defendant and Appellant:

ON REHEARING.

PER CURIAM.

MOORE, J. The respective parties to this cause having amic-

able adjusted their differences and having agreed that our former decree be set aside and avoided and that the Judgment appealed from be affirmed, as will appear by written stipulations to this effect filed herein:

It is therefore ordered, adjudged and decreed that our former decree be and the same is hereby set aside and avoided and that the judgment appealed from be and is hereby affirmed.